OPINION BY MR. CHIEF JUSTICE STERRETT, Dec. 30, 1899:

This is one of five appeals from the decree in Beechwood avenue dismissing exceptions and confirming the report of viewers, all of which involved substantially the same questions and were argued together.

For reasons given in an opinion just filed in one of said cases, viz: Roger O'Mara's Appeal, ante, p. 86, the decree in this case is affirmed and the appeal is dismissed at appellant's costs.

---

## In re Beechwood Avenue. Appeal of John P. Ober.

Argued Oct. 26, 1899. Appeal, No. 106, Oct. T., 1899, by John P. Ober, from order of C. P. No. 3, Allegheny Co., Nov. T., 1898, No. 262, overruling exceptions to report of viewers. Before STERRETT, C. J., GREEN, McCOLLUM, MITCHELL, DEAN, FELL and BROWN, JJ. Affirmed.

OPINION BY MR. CHIEF JUSTICE STERRETT, Dec. 30, 1899:

This is one of five appeals from the decree in Beechwood avenue, dismissing exceptions and confirming the report of viewers, all of which involved substantially the same questions and were argued together.

For reasons given in an opinion just filed in one of said cases, viz: Roger O'Mara's Appeal, ante, p. 86, the decree in this case is affirmed and appeal dismissed at appellant's costs.

---

## In re Beechwood Avenue. Appeal of William L. Mellon.

Argued Oct. 26, 1899. Appeal, No. 107, Oct. T., 1899, by William L. Mellon, from order of C. P. No. 3, Allegheny Co., Nov. T., 1898, No. 262, overruling exceptions to report of viewers. Before STERRETT, C. J., GREEN, McCOLLUM, MITCHELL, DEAN, FELL and BROWN, JJ. Affirmed.